In the Matter of ALDORE ESTATES, INC., Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent, and WALTER FRIED, Intervener, Respondent.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ. [See *post*, p. 865.]

■

In the Matter of WILLIAM SCHWARTZ, Appellant, against BOARD OF ESTIMATE OF THE CITY OF NEW YORK, as Head of the New York City Employees' Retirement System, et al., Respondents.— Order affirmed, with $20 costs and disbursements to the respondents. Petitioner was bound by the valid resignation which he tendered, and the board of estimate, as a matter of law, had power, and as a matter of policy, a very broad one, to withhold granting permission to withdraw the tendered resignation. Consequently, it is unnecessary to determine the question of the kind of position petitioner held. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.; Cohn, J., dissents in the following memorandum: I dissent and vote to reverse and remit the matter to Special Term to have determined the issue as to whether petitioner was a private secretary. In the event it is determined that petitioner was not a private secretary, I am of the view that the refusal to grant his request to withdraw the retirement application in the circumstances of this case was capricious and arbitrary. [203 Misc. 701.]

■

HELEN E. ROBE, Respondent, v. ROBERT S. ROBE, Appellant.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ. [See *post*, p. 837.]

■

PUERTO RICO INDUSTRIAL DEVELOPMENT COMPANY, Appellant, v. JOSEPH SLIFKA, Respondent.— This is an action for a sum of money only, even as to the second cause of action based upon defendant's fraud. As such, the warrant of attachment was properly issued. Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.

■

In the Matter of FREDERICK SCHICK, Appellant, against VINCENT R. IMPELLITTERI, as Mayor of the City of New York, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.